UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Lucia Collado

                               Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-  ( )( )

21MAG4834

Defendant __Lucia Collado__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

**X**    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

__Lucia Collado__
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Lucia Collado
Print Defendant's Name

__[signature]__
Defendant's Counsel's Signature

Neil P. Kelly
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5-5-2021
Date

__Kathy H Parl__
U.S. District Judge/U.S. Magistrate Judge